IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**J.H. on behalf of her minor child J.P.,**

    Plaintiffs,

vs.                       No. CIV 12-128 JB/WDS

**CEE KAYE NATION, Principal,
ALISON GONZALES, Teacher, and,
J.M. SHARKEY, Bernalillo County Deputy**

    Defendants.

## ORDER VACATING SETTLEMENT CONFERENCE

    PLEASE BE ADVISED that the **SETTLEMENT CONFERENCE** set for **March 7, 2013** is vacated. On or about April 16, 2013 the parties should be notified that a new Magistrate Judge has been assigned to this case. At that time the parties should contact the new Magistrate Judge in order to reschedule the settlement conference.

    IT IS SO ORDERED.

                                             W. DANIEL SCHNEIDER
                                             United States Magistrate Judge