IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

J. H. on behalf of her minor child J.P.,

    Plaintiff,

vs.                                                     No. CIV 12-0128 JB/WDS

CEE KAYE NATION, Principal,
ALISON GONZALES, Teacher, and
J. M. SHARKEY, Bernalillo County Deputy,

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on Deputy Sharkey's Motion to Dismiss No. II: Dismissal of Fourteenth Amendment Substantive Due Process Claim, filed January 16, 2013 (Doc. 53)("Motion to Dismiss").  The Court will grant the Motion to Dismiss.

**IT IS ORDERED** that Deputy Sharkey's Motion to Dismiss No. II:  Dismissal of Fourteenth Amendment Substantive Due Process Claim, filed January 16, 2013 (Doc. 53), is granted.[1]

                                                                      _____
                                                                      UNITED STATES DISTRICT JUDGE

*Counsel:*

Joseph P. Kennedy
Shannon L. Kennedy
Kennedy Law Firm
Albuquerque, New Mexico

    *Attorneys for the Plaintiffs*

---

[1] This Order disposes of the motion at issue.  The Court will, however, at a later date issue a memorandum opinion more fully detailing its rationale for this decision.

-2-

Luis E. Robles
Marcus J. Rael , Jr.
Frank T. Apodaca
Robles, Rael & Anaya, P.C.
Albuquerque, New Mexico

Terri S. Beach
Miller Stratvert P.A.
Albuquerque, New Mexico

*Attorneys for Defendant J. M. Sharkey*