IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

J.H. on behalf of her minor child J.P.,

    Plaintiff,

vs.                               No. CIV 12-0128 JB/WDS

CEE KAYE NATION, Principal,
ALISON GONZALES, Teacher,
BERNALILLO COUNTY, and
J.M. SHARKEY, Bernalillo County Deputy,

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on the County Defendants' Motion for Separate Trials, filed July 30, 2013 (Doc. 91). The Court will deny the motion.

**IT IS ORDERED** that the County Defendants' Motion for Separate Trials, filed July 30, 2013 (Doc. 91), is denied.[1]

                              _____
                              UNITED STATES DISTRICT JUDGE

*Counsel:*

Joseph P. Kennedy
Shannon L. Kennedy
Kennedy Law Firm
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Terri S. Beach
Miller Stratvert P.A.
Albuquerque, New Mexico

-- and --

---

[1] This Order disposes of the motion. The Court will, however, at a later date issue a memorandum opinion more fully detailing its rationale for this decision.

-2-

Luis E. Robles
Marcus J. Rael, Jr.
Frank T. Apodaca
Robles, Rael & Anaya, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendants J.M. Sharkey and Bernalillo County*

Jennifer G. Anderson
Jeremy K. Harrison
Megan Muirhead
Modrall Sperling Roehl Harris & Sisk P.A.
Albuquerque, New Mexico

    *Attorneys for Defendants Cee Kaye Nation and Alison Gonzales*