IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

J.H. on behalf of her minor child J.P.,

      Plaintiff,

vs.                                                             No. CIV 12-0128 JB/WDS

CEE KAYE NATION, Principal,
ALISON GONZALES, Teacher, and
J.M. SHARKEY, Bernalillo County Deputy,

      Defendants.

## ORDER

**THIS MATTER** comes before the Court on the County Defendants' Motion for Partial Summary Judgment No. II: Dismissal of Counts II, V and VI of Plaintiffs' Second Amended Complaint, filed July 30, 2013 (Doc. 93)("Motion").  The Court held a hearing on September 6, 2013.  The Court will grant the Motion.

**IT IS ORDERED** that the County Defendants' Motion for Partial Summary Judgment No. II: Dismissal of Counts II, V and VI of Plaintiffs' Second Amended Complaint, filed July 30, 2013 (Doc. 93), is granted.[1]

                                                                                         _____
                                                                                UNITED STATES DISTRICT JUDGE

*Counsel:*

Joseph P. Kennedy
Shannon L. Kennedy
Kennedy Law Firm
Albuquerque, New Mexico

      *Attorneys for the Plaintiffs*

---

[1] This Order disposes of the motion.  The Court will, however, at a later date issue a memorandum opinion more fully detailing its rationale for this decision.

Luis E. Robles
Marcus J. Rael, Jr.
Frank T. Apodaca
Robles, Rael & Anaya, P.C.
Albuquerque, New Mexico

-- and --

Terri S. Beach
Miller Stratvert P.A.
Albuquerque, New Mexico

 *Attorneys for Defendant J.M. Sharkey*

Jeremy K. Harrison
Megan Muirhead
Modrall Sperling Roehl Harris & Sisk P.A.
Albuquerque, New Mexico

 *Attorneys for Defendants Cee Kaye Nation and Alison Gonzales*